## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

City Of Chicago
                    Plaintiff,

v.
                                        Case No.: 1:19–cv–04547
                                        Honorable Virginia M. Kendall

Jussie Smollett
                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, November 6, 2019:

      MINUTE entry before the Honorable Virginia M. Kendall. Defendant's Unopposed Motion to extend time to respond to Plaintiff's Complaint [26] is granted. Answer shall be due by 11/12/2019. Motion hearing set for 11/12/2019 is stricken. Mailed notice(lk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.