**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CITY OF CHICAGO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUSSIE SMOLLETT, ) <br> ) <br> Defendant. ) <br> ) <br> JUSSIE SMOLLETT, ) <br> ) <br> Counterclaim-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF CHICAGO, MICHAEL THEIS, ) <br> EDWARD WODNICKI, EDDIE JOHNSON, ) <br> JOHN and JANE DOE DEFENDANTS 1-10, ) <br> ABIMBOLA OSUNDAIRO, and OLABINJO, ) <br> OSUNDAIRO ) <br> ) <br> Counterclaim-Defendants. ) | Case No. 1:19-cv-04547 <br><br> Honorable Virginia M. Kendall |

**CITY DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO SMOLLETT'S COUNTERCLAIMS**

Under Federal Rule of Civil Procedure 6(b), Counterclaim-Defendants City of Chicago ("the City"), Michael Theis, Edward Wodnicki, Eddie Johnson, and John and Jane Doe Defendants 1-10 (collectively, "the City Defendants") move for a one-week extension of time in which to answer or otherwise respond to Counterclaim-Plaintiff Jussie Smollett's Counterclaims. In support of this motion, the City Defendants state as follows:

1. On November 20, 2019, Smollett filed his Corrected Answer and Counterclaims against the City Defendants. ECF No. 33.

1

2. The City Defendants' responsive pleading is due by December 11, 2019. *See* Fed. R. Civ. P. 12(a)(1)(B).

3. Good cause exists for a one-week extension in which to respond to the Counterclaims. *See* Fed. R. Civ. P. 6(b)(1)(A). The City Defendants request this extension due to the press of other work and the Thanksgiving holiday. The requested extension is thus not being made for the purpose of delay, but rather the need for time to prepare a response.

4. This is the City Defendants' first request for an extension of time in which to respond to the Counterclaims. Smollett requested, and the Court granted, three extensions of time for Smollett's response to the City's Complaint. ECF Nos. 10-11, 26, 28-29, 31.

5. Counsel for Smollett does not oppose this motion.

THEREFORE, the City Defendants respectfully request that this Court enter an order extending the time for the City Defendants to file an answer or otherwise plead to the Counterclaims, up to and including December 18, 2019.

Dated: December 9, 2019

Respectfully submitted,

/s/ Renai S. Rodney
Renai S. Rodney
Elie T. Zenner
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, IL 60602
312-744-0200
renai.rodney@cityofchicago.org
elie.zenner@cityofchicago.org

*Attorneys for Plaintiff City of Chicago*

## CERTIFICATE OF SERVICE

I certify that on December 9, 2019, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois using the Court's CM/ECF system, which will automatically send notification of this filing to all counsel of record.

/s/ Elie T. Zenner