## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

City Of Chicago

                Plaintiff,

v.

Jussie Smollett

                Defendant.

Case No.: 1:19−cv−04547
Honorable Virginia M. Kendall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 10, 2019:

    MINUTE entry before the Honorable Virginia M. Kendall. The City Defendants' Unopposed Motion for extension of time to answer or otherwise plead to Counterclaims [34] is granted. Answer shall be due by 12/18/2019. Motion hearing set for 12/12/2019 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.