IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO,<br><br>   Plaintiff,<br><br>v.<br><br>JUSSIE SMOLLETT,<br><br>   Defendant.<br><hr>JUSSIE SMOLLETT,<br><br>   Counter-Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO, MICHAEL THEIS, EDWARD WODNICKI, EDDIE JOHNSON, JOHN AND JANE DOE DEFENDANTS 1-10, ABIMBOLA OSUNDAIRO, and OLABINJO OSUNDAIRO,<br><br>   Counterclaim-Defendants. | Case No. 19-cv-04547<br><br>Honorable Virginia M. Kendall |

**OSUNDAIRO BROTHERS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO SMOLLETT'S COUNTERCLAIMS**

  Pursuant to Federal Rule of Civil Procedure 6(b), Counterclaim-Defendants Abimbola and Olabinjo Osundairo (herein referred to as the "Osundairo Brothers") respectfully move for a 10 day extension of time in which to answer or otherwise respond to Counterclaim-Plaintiff Jussie Smollett's Counterclaims. In support of this motion the Osundairo Brothers respectfully state as follows:

1. The Osundairo brothers were served with Smollett's Counterclaims on December 17, 2019.

2. Pursuant to Fed. R. Civ. P. 12(a)(1)(B), their responsive pleading is due January 7, 2020.

3. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), good cause exists for the 10-day extension in which to respond to the counterclaims. The following week began the Christmas holiday and counsel for the Plaintiff and the Osundairo brothers were out of the jurisdiction, with counsel for the brothers having left shortly after their service and returning on January 6, 2020. The purpose of the request is being made solely to allow their counsel time to review the 49-page counterclaim and other copious pleadings in this matter and prepare a response.

4. This is the Osundairo brothers' first request for an extension of time in which to respond to the Counterclaims.

5. Counsel for the Osundairo secured confirmation from Smollett's counsel and the City of Chicago's counsel that they do not object to this motion for an extension of time.

Dated this 7th day of January, 2020.   Respectfully Submitted,

/s/Gloria Virginia Schmidt Rodriguez
The Gloria Law Group
9 N County, Suite 202
Waukegan, IL 60085
847-672-8888
gloria@gloriaslaw.com

*Attorney for Osundairo brothers*

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 7, 2020 I electronically filed the foregoing and appearance in this matter with the Clerk of the United States District Court for the Northern District of Illinois using the Court's CM/ECF system, which will automatically send notification of this filing to all counsel of record.

s/Gloria Virginia Schmidt Rodriguez