IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSSIE SMOLLETT,<br><br>    Defendant.<br><br>JUSSIE SMOLLETT,<br><br>    Counterclaim-Plaintiff,<br><br>    v.<br><br>CITY OF CHICAGO, MICHAEL THEIS,<br>EDWARD WODNICKI, EDDIE JOHNSON,<br>JOHN and JANE DOE DEFENDANTS 1-10,<br>ABIMBOLA OSUNDAIRO, and OLABINJO,<br>OSUNDAIRO<br><br>    Counterclaim-Defendants. | Case No. 1:19-cv-04547<br><br>Honorable Virginia M. Kendall |

**NOTICE OF UNOPPOSED MOTION**

**TO:**    William J. Quinlan
David E. Hutchinson
The Quinlan Law Firm, LLC
233 South Wacker Drive, 61st Floor
Chicago, Illinois 60606
(312) 883-5500
wjq@quinlanfirm.com
dhutchinson@quinlanfirm.com

*Attorneys for the Defendant Jussie Smollett*

**PLEASE TAKE NOTICE** that, should the Court determine that appearance is necessary, on Thursday, January 22, 2020, at 9:00 a.m., or as soon thereafter as the Court's schedule allows, I shall appear before the Honorable Judge Virginia Kendall or any judge sitting in her stead in Courtroom 2319 of the U.S. District Court of the Northern District of Illinois, Eastern Division,

1

219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto**: City Defendants' Unopposed Motion to Extend Time to Reply to Smollett's Response to the City's Motion to Dismiss Smollett's Counterclaims.

## CERTIFICATE OF SERVICE

I certify that on January 17, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois using the Court's CM/ECF system, which will automatically send notification of this filing to all counsel of record.

/s/ Elie T. Zenner