UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

City Of Chicago
                Plaintiff,

v.                                    Case No.: 1:19−cv−04547
                                      Honorable Virginia M. Kendall

Jussie Smollett
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 3, 2020:

      MINUTE entry before the Honorable Virginia M. Kendall. Briefing schedule set as to The Osundairo's Motion to Dismiss Counterclaims [59]. Response due by 2/18/2020. Reply due by 2/25/2020. Status hearing set for 4/14/2020 at 9:00 AM. Status hearing set for 3/18/2020 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.