# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

City Of Chicago

                Plaintiff,

v.                                      Case No.: 1:19−cv−04547
                                           Honorable Virginia M. Kendall

Jussie Smollett

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 10, 2020:

      MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 2/10/2020. Oral argument heard regarding Counter Defendant's Motion to Quash [57] and Motion for Protective Order [61]. Case will be referred to the Magistrate Judge for the purpose of Discovery Supervision to include both Motions. Plaintiff's oral motion for extension of Discovery is granted. End of Fact Discovery is extended and ordered closed by 5/13/2020. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.