

# United States District Court
# Northern District of Illinois

In the Matter of

City of Chicago                    Magistrate Judge Sunil R. Harjani

        v.                           Case No. 19-CV-4547

Jussie Smollett

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Sunil R. Harjani, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

**Judge Virginia M. Kendall**

Date: Tuesday, February 11, 2020

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Sunil R. Harjani

### ENTER

### FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Tuesday, February 11, 2020

District Referral - To Designated Magistrate Judge

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- Discovery Supervision

.................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:
To include Counter Defendant's Motion to Quash (Dkt. 57) and Motion for Protective Order (Dkt. 61).

District Referral - To Designated Magistrate Judge