# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

City Of Chicago

                     Plaintiff,

v.                                     Case No.: 1:19−cv−04547

                                     Honorable Virginia M. Kendall

Jussie Smollett

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 18, 2020:

       MINUTE entry before the Honorable Sunil R. Harjani: At counsel's request, initial status hearing set for 2/20/2020 is stricken and reset to 2/19/2020 at 9:15 a.m. in Courtroom 1858. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.