IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, a municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>JUSSIE SMOLLETT, an individual,<br><br>Defendant. | Case No. 1:19-cv-04547 |

### NOTICE OF MOTION

**PLEASE TAKE NOTCE** that, should the court require an appearance on this motion, on February 25, 2020 at 9:00 a.m. or as soon thereafter as the Court's schedule allows, I shall appear before the Honorable Judge Virginia Kendall or any judge sitting in her stead in Courtroom 2319 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following: Unopposed Motion for Extension of Time for Counterclaim-Plaintiff to File Response Brief in Opposition to Osundairo Defendants' Motion to Dismiss.

DATED: February 18, 2020

Respectfully Submitted,

/s/ David Hutchinson

William J. Quinlan
David E. Hutchinson
THE QUINLAN LAW FIRM, LLC
233 South Wacker Drive, 61st Floor
Chicago, Illinois 60606
(312) 883-5500
wjq@quinlanfirm.com
dhutchinson@quinlanfirm.com

*Attorneys for the Defendant*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in this case.

/s/ Maya C. Hermerding