# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

City Of Chicago

                Plaintiff,

v.                                         Case No.: 1:19−cv−04547
                                                  Honorable Virginia M. Kendall

Jussie Smollett

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 19, 2020:

      MINUTE entry before the Honorable Sunil R. Harjani: Initial status hearing and motion hearing held. Status hearing continued to 4/7/2020 at 9:15 a.m. Parties reported on the status of the case and discovery. To keep the parties on track to meet the 5/13/2020 fact discovery deadline, the Court enters the following discovery deadlines: written discovery requests shall be issued by 3/30/2020 and deposition notices shall be issued by 4/6/2020. At the next status hearing, the parties shall be prepared to discuss the possibility of having an in−person settlement conference with the Court. For the reasons stated in open court, the City of Chicago's Motion to Quash Smollett's Subpoena, or in the Alternative to Treat it as a Request for Production under Federal Rule of Civil Procedure 34 [57] is granted in part and denied in part. By 3/11/2020, the City of Chicago shall respond to the subpoena served on the City of Chicago Office of Inspector General. By 3/18/2020, the parties shall meet and confer regarding any objections made by the City of Chicago in response to the subpoena in good faith in an attempt to reach an agreement without judicial intervention. The parties advised that another subpoena was issued to an independent contractor who had been engaged by the City of Chicago that is resulting in the same dispute identified in the motion to quash. The City of Chicago represented that it has possession, custody, or control over the independent contractor's documents. For the reasons stated on the record, the Court accordingly orders that the subpoena to the independent contractor be treated as a set of Rule 34 requests for production. Additionally, for the reasons stated in open court, the City of Chicago's Motion for Entry of a Confidentiality Order [61] is granted. The City of Chicago shall submit the confidentiality order to the Courts Proposed Order Box at Proposed_Order_Harjani@ilnd.uscourts.gov. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.