**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CITY OF CHICAGO, a municipal corporation, | |
| Plaintiff, | |
| v. | Case No. 1:19-cv-04547 |
| JUSSIE SMOLLETT, an individual, | |
| Defendant. | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTCE** that, on June 2, 2020, at 9:45 a.m., or as soon thereafter as the Court's schedule allows, I shall appear before the Honorable Magistrate Judge Sunil R. Harjani or any judge sitting in his stead in Courtroom 1858 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present Defendant's Motion to Compel Production of Documents (Dkt 88).

DATED: May 1, 2020

Respectfully Submitted,

/s/ David Hutchinson

William J. Quinlan
David E. Hutchinson
THE QUINLAN LAW FIRM, LLC
233 South Wacker Drive, 61st Floor
Chicago, Illinois 60606
(312) 883-5500
wjq@quinlanfirm.com
dhutchinson@quinlanfirm.com

*Attorneys for the Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in this case.

/s/ Nicole Griesbach

```
Filename:           20200423 Notice of Motion - MTC.docx
Directory:          /Users/NGriesbach/Desktop
Template:           /Users/NGriesbach/Library/Group
    Containers/UBF8T346G9.Office/User
    Content.localized/Templates.localized/Normal.dotm
Title:
Subject:
Author:             Gaya Shanmuganatha
Keywords:
Comments:
Creation Date:      4/23/20 6:04:00 PM
Change Number:      3
Last Saved On:      5/1/20 4:21:00 PM
Last Saved By:      Nic
Total Editing Time: 9 Minutes
Last Printed On:    5/1/20 4:21:00 PM
As of Last Complete Printing
    Number of Pages: 2
    Number of Words:       199 (approx.)
    Number of Characters:  1,140 (approx.)
```