# EXHIBIT B



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

2111 West Roosevelt Road
Chicago, Illinois  60608
312-421-6700

July 29, 2020

Renai S. Rodney
First Assistant Corporation Counsel
City of Chicago Department of Law
121 N. LaSalle Street
Chicago, Illinois  60602

RE: *City of Chicago v. Jussie Smollett,* 19-CV-4547 (N.D. Ill.)

Dear Ms. Rodney:

This letter responds to your subpoena dated November 25, 2019, which seeks material related to the referenced civil matter.

After consulting with the United States Attorney's Office, the FBI's representative within the Department of Justice, we are unable to comply with your subpoena. Your subpoena would require the FBI to reveal information acquired as part of an ongoing criminal investigation. Disclosure at this time would reveal and impair the effectiveness of investigatory records and techniques complied for law enforcement purposes. 28 C.F.R. § 16.26(b)(5). Moreover, to the extent the FBI possesses information that would have been obtained via the Grand Jury that would present an obstacle in complying with your subpoena. 28 C.F.R. § 16.26(1).

Sincerely,

/s/ David Habich

M. David Habich
Associate Counsel