**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| City of Chicago, | Case No. 1:19-cv-04547 |
| Plaintiff, | Honorable Virginia M. Kendall |
| v. | Magistrate Judge Sunil Harjani |
| Jussie Smollett, | |
| Defendant. | |

**STATUS REPORT OF CRIMINAL PROCEEDINGS**

NOW COMES the Defendant, Jussie Smollett, by and through his attorneys, The Quinlan Law Firm, LLC, pursuant to the Court's January 13, 2021 order (ECF No. 137), providing a report following the latest hearing in the underlying criminal case, *People v. Smollett*, No. 20-CR-03050-01 (Cir. Ct. Cook Cty.) (Linn. J.) ("criminal case"):

On January 20, 2021, the parties to the criminal case appeared before the Honorable James B. Linn, for status and discussion of issues for potential motions in limine. The hearing lasted approximately two hours. Judge Linn stated that at this time he is not able to set a trial date.

By February 24, 2021, Mr. Smollett will file answers to discovery, the parties will exchange exhibit lists, and offers of proof regarding certain matters for potential motions *in limine* discussed during the hearing will be submitted.

The criminal case is set for hearing on March 5, 2021.

Date: January 29, 2021      Respectfully submitted,

/s/ David E. Hutchinson
William J. Quinlan
David E. Hutchinson
THE QUINLAN LAW FIRM, LLC
233 S. Wacker Drive, Suite 6142
Chicago, IL 60606
312-883-5500
wjq@quinlanfirm.com
dhutchinson@quinlanfirm.com

*Attorneys for Defendant Jussie Smollett*