# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

City Of Chicago

                    Plaintiff,

v.                                       Case No.: 1:19−cv−04547
                                          Honorable Virginia M. Kendall

Jussie Smollett

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 24, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing set for 9/28/2021 is stricken and reset to 12/16/2021 at 9:15 a.m. by telephone. Parties are instructed to call into the Court's conference call number at (888) 684−8852, access code 7354516. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.