# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:19-cv-04547 ) ) Honorable Virginia M. Kendall |
| JUSSIE SMOLLETT, | ) ) |
| Defendant. | ) ) |

## NOTICE OF WITHDRAWAL

Plaintiff City of Chicago withdraws the appearances of Mark A. Flessner, Renai S. Rodney, Edward N. Siskel, and Elie T. Zenner. Jennifer K. Bagby and Stephen J. Kane, who have appeared in this case, will continue to represent the City.

Dated: November 8, 2021

Respectfully submitted,

/s/ Stephen J. Kane
Stephen J. Kane
Jennifer K. Bagby
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, IL 60602
Stephen.Kane@cityofchicago.org
312-744-6934

*Attorney for Plaintiff City of Chicago*

## CERTIFICATE OF SERVICE

  I certify that on November 8, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois using the Court's CM/ECF system, which will automatically send notification of this filing to all counsel of record.

                   /s/ Stephen J. Kane