**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division**

City Of Chicago
                      Plaintiff,

v.                                       Case No.: 1:19−cv−04547
                                                   Honorable Virginia M. Kendall

Jussie Smollett
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 21, 2022:

      MINUTE entry before the Honorable Sunil R. Harjani:Status hearing set for 1/25/22 is stricken and reset to 2/22/22 at 9:15 a.m. by telephone. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call−in number is (888) 684−8852 and the access code is 7354516. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.