IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, a municipal corporation, | |
| Plaintiff, | Case No. 1:19-cv-04547-VMK |
| v. | Honorable Virginia M. Kendall |
| JUSSIE SMOLLETT, an individual, | |
| Defendant. | |

## **MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendant, Jussie Smollett ("Mr. Smollett"), by and through his attorneys, The Quinlan Law Firm, LLC, hereby moves this Honorable Court to grant David E. Hutchinson of The Quinlan Law Firm, LLC, leave to withdraw his appearance as an attorney of record for Mr. Smollett in this matter. In support of this motion, Mr. Smollett states as follows:

1. Plaintiff City of Chicago (the "City") commenced the present action in the Circuit Court of Cook County, Illinois, Law Division, on April 11, 2019, styled *City of Chicago v. Smollett*, No. 2019L003898 (the "State Court Action").

2. On July 3, 2019, Mr. Smollett removed the State Court Action to this Court. ECF No. 1.

3. Since the State Court Action was removed to this Court, William J. Quinlan and David E. Hutchinson of The Quinlan Law Firm, LLC (together "Counsel"), have been the attorneys of record for Mr. Smollett.

4. Mr. Hutchinson is no longer with The Quinlan Law Firm.

1

5. Mr. Smollett will continue to be represented by William J. Quinlan from The Quinlan Law Firm LLC.

WHEREFORE, Defendant Jussie Smollett, respectfully requests that the Court grant David E. Hutchinson leave to withdraw as the attorney of record for Defendant Jussie Smollett in this action.

February 1, 2022.

                                  Respectfully submitted,

                                  /s/ William J. Quinlan
                                  William J. Quinlan
                                  David E. Hutchinson
                                  THE QUINLAN LAW FIRM, LLC
                                  233 South Wacker Drive, Suite 6142
                                  Chicago, Illinois 60606
                                  (312) 883-5500
                                  wjq@quinlanfirm.com
                                  dhutchinson@quinlanfirm.com

                                  *Attorneys for Defendant Jussie Smollett*