UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

City Of Chicago
                Plaintiff,

v.                                        Case No.: 1:19−cv−04547
                                              Honorable Virginia M. Kendall

Jussie Smollett
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 22, 2022:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing held by telephone. Parties reported on the status of the case and discovery. By 3/23/2022, the parties shall file an updated joint status report on discovery which shall include deadlines for written discovery and issuance of deposition notices. Status hearing set for 3/30/2022 at 9:15 a.m. by telephone. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call−in number is (888) 684−8852 and the access code is 7354516. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.