IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:19-cv-04547 |
| v. ) | |
| ) | Honorable Virginia M. Kendall |
| JUSSIE SMOLLETT, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF STEPHEN KANE

I, Stephen Kane, declare as follows:

1. I am a Deputy Corporation Counsel in the City of Chicago Department of Law. I am one of the attorneys representing the City in this case. I submit this Declaration in support of the Joint Motion to Stay. I have personal knowledge of the facts stated herein and would competently testify thereto if called as a witness.

2. Attached as Exhibit A is a true and correct copy of a special grand jury indictment, dated February 11, 2020, in *People v. Smollett*, No. 2019 MR 00014 (Cook Cnty. Cir. Ct., Crim. Div.), as publicly available on the Illinois Appellate Court's website at SRO149-155 at https://ilcourtsaudio.blob.core.windows.net/antilles-resources/resources/28fb9f9e-0c78-4d17-9c5c-e0355c201a41/1-22-0322%20Response%20to%20Emergency%20Motion%20to%20Stay.pdf.

3. Attached as Exhibit B is a true and correct copy of an Order of Commitment and Sentence to Cook County Department of Corrections, dated March 10, 2022, in *People v. Smollett*, No. 20 CR 0305001 (Cook Cnty. Cir. Ct., Crim. Div.), as publicly available on the Illinois Appellate Court's website at page 76 at https://ilcourtsaudio.blob.core.windows.net/antilles-

1

resources/resources/a8e9cb3b-637c-480a-bfe7-e7b53bf1aa7e/1-22-0322%20Supporting%20Record%20Filed%20Part%202.pdf.

4. Attached as Exhibit C is a true and correct copy of a Sentencing Order, dated March 10, 2022, in *People v. Smollett*, No. 20 CR 0305001 (Cook Cnty. Cir. Ct., Crim. Div.), as publicly available on the Illinois Appellate Court's website at pages 68-70 at https://ilcourtsaudio.blob.core.windows.net/antilles-resources/resources/a8e9cb3b-637c-480a-bfe7-e7b53bf1aa7e/1-22-0322%20Supporting%20Record%20Filed%20Part%202.pdf. Personal information is redacted.

5. Attached as Exhibit D is a true and correct copy of a Notice of Appeal, dated March 11, 2022, in *People v. Smollett*, No. 20 CR 0305001 (Cook Cnty. Cir. Ct., Crim. Div.), as publicly available on the Illinois Appellate Court's website at https://ilcourtsaudio.blob.core.windows.net/antilles-resources/resources/9f32252e-9cca-4261-842a-3424f4db93a8/1-22-0322%20Notice%20of%20Appeal.pdf.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge from information in my personal possession and information conveyed to me.

Dated: March 23, 2022                    /s/ Stephen Kane
                                          Stephen Kane