**EXHIBIT B**

Order of Commitment and Sentence to CCDOC (Rev. 02/10/15) CCCR 0303

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS
v.
JUSSIE SMOLLETT
Defendant

Case No. 20CR0305001
Date of Birth 06/21/1982
Date of Arrest
IR Number         SID Number

### ORDER OF COMMITMENT AND SENTENCE TO COOK COUNTY DEPARTMENT OF CORRECTIONS

The Defendant having been adjudged guilty of the offense(s) enumerated below is hereby sentenced to the Cook County Department of Corrections as follows:

| Count | Statutory Citation | Offense | Months | Days | Class | Consecutive | Concurrent |
|---|---|---|---|---|---|---|---|
| 1 | 720 ILCS 5/26-1(a)(4) | FALSE REPORT OF OFFENSE | | 150 | 4 | | X |
| 2 | 720 ILCS 5/26-1(a)(4) | FALSE REPORT OF OFFENSE | | 150 | 4 | | X |
| 3 | 720 ILCS 5/26-1(a)(4) | FALSE REPORT OF OFFENSE | | 150 | 4 | | X |
| 4 | 720 ILCS 5/26-1(a)(4) | FALSE REPORT OF OFFENSE | | 150 | 4 | | X |
| 5 | 720 ILCS 5/26-1(a)(4) | FALSE REPORT OF OFFENSE | | 150 | 4 | | X |

The Court finds that the defendant is entitled to receive credit for time actually served in custody for a total credit of _____ days as of the date of this order.

IT IS FURTHER ORDERED that the above sentence(s) be concurrent with the sentence imposed in case number(s) _____

AND consecutive to the sentence imposed under case number(s) _____

IT IS FURTHER ORDERED THAT **BOND REVOKED – MITT TO ISSUE – ALL COUNTS TO RUN CONCURRENT**

IT IS FURTHER ORDERED that the Clerk of the Court provide the Sheriff of Cook County with a copy of this Order and that the Sheriff take the Defendant into custody and deliver him/her to the Cook County Department of Corrections and that the Department take him/her into custody and confine him/her in a manner provided by law until the above sentence is fulfilled.

DATED: March 10, 2022     ENTER: 3/10/2022

CERTIFIED BY _____ S. Sims

VERIFIED BY _____

Judge Linn, James B      1544   Judge's No.

ENTERED
3/10/2022
Iris Y Martinez
Clerk of the Circuit Court
DEPUTY CLERK S. Sims

IRIS Y MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 2

Printed: 3/10/2022 7:16 PM