# EXHIBIT D

*22-0322*

## IN THE CIRCUIT COURT OF COOK COUNTY
### COUNTY DEPARTMENT, CRIMINAL DIVISION

THE PEOPLE OF THE STATE OF ILLINOIS,  )
                                                 )
          Plaintiff,                   )
                                                 )
          v.                       )     No. 20 CR 03050-01
                                               )
JUSSIE SMOLLETT,                 )
                                             )
          Defendant.             )

**F I L E D**
**APPELLATE COURT 1ˢᵗ DIST.**
MAR. 1 1 2022

**THOMAS D. PALELLA**
**CLERK**

### NOTICE OF APPEAL

Joining Prior Appeal/**Separate Appeal**/Cross Appeal

An appeal is taken from the order or judgment described below.

(1) Court to which appeal is taken:

Illinois First District Appellate Court

(2) Name of Appellant and address to which notices shall be sent.

Name: JUSSIE SMOLLETT

Address:  C/O Nnanenyem E. Uche
              314 N. Loomis St.,
              Suite G2
              Chicago, IL 60607



Email: nenye.uche@uchelitigation.com

(3) Name and Address of Appellant's Attorney on appeal.

Name: Nnanenyem E. Uche

Address: 314 N. Loomis St.,
          Suite G2
          Chicago, IL 60607

Email: nenye.uche@uchelitigation.com

**E N T E R E D**
MAR 1 0 2022
**IRIS Y. MARTINEZ**
**CLERK OF THE CIRCUIT COURT**
**OF COOK COUNTY, IL**
**DEPUTY CLERK**

If appellant is indigent and has no attorney, does he want one appointed?: N/A

    (4) Date of judgment or order: March 10, 2022

    (5) Offense of which convicted: Five Counts of Disorderly Conduct

    (6) Sentence: 30 months felony probation with the first 150 days to be served in the custody of the Cook County jail, and restitution of $120,106.00 and $25,000 in fines, DNA and costs ordered.

    (7) If appeal is not from a judgment, nature of order appealed from: N/A

    (8) If appeal is from a judgment of a circuit court holding unconstitutional a statute of the United States or of this state, a copy of the court's findings made in compliance with Rule 18 shall be appended to the notice of appeal.

NNANENYEM E. UCHE

/s/ Nnanenyem E. Uche
Attorney for Defendant-Appellant

Nenye E. Uche
Cook County No. 49900
Uche P.C.
314 N. Loomis St.,
Suite G2
Chicago, IL 60607
312.380.5341
nenye.uche@uchelitigation.com



ENTERED

R 0 2022

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

# CRIMINAL DISPOSITION SHEET

**Sheet #** 0001

Defendant Sheet#
1 of 1

| Case Number | 20CR0305001 |
| Defendant Name | SMOLLETT, JUSSIE |

| CB/DCN# | | IR# 2397168 | EM |

**Branch/Room/Location**
Criminal Division, Courtroom 101
2650 South California Avenue, Chicago, IL 60608

**Attorney** TINA GLANDIAN; Felipe Gomez

| Case Flag | APP |
| Bond# | 100005720 |

**Court Date** 3/11/2022

**Bond Type** I Bond

**Court Call/Time** 10:00 AM

**Bond Amount** $20,000.00

Court Interpreter

## CHARGES

C1 720 ILCS 5/26-1(a)(4)
FALSE REPORT OF OFFENSE
03/10/2022 Cook County Department of Corrections

C2 720 ILCS 5/26-1(a)(4)
FALSE REPORT OF OFFENSE
03/10/2022 Cook County Department of Corrections

C3 720 ILCS 5/26-1(a)(4)
FALSE REPORT OF OFFENSE
03/10/2022 Cook County Department of Corrections

C4 720 ILCS 5/26-1(a)(4)
FALSE REPORT OF OFFENSE
03/10/2022 Cook County Department of Corrections

C5 720 ILCS 5/26-1(a)(4)
FALSE REPORT OF OFFENSE
03/10/2022 Cook County Department of Corrections

C6 720 ILCS 5/26-1(a)(4)
FALSE REPORT OF OFFENSE
12/09/2021 Verdict of Not Guilty

## COURT ORDER ENTERED

Nnaenenyem E. Uche represents defendant on appeal. The Clerk of the Circuit Court is directed to prepare the record on appeal in conformity with Supreme Court Rule 608 and, pursuant to Supreme Court Rules 329 and 612 (g), to accept any file-stamped documents not initially included in the record for preparation as a supplemental record. The Clerk of the Circuit Court is directed to transmit the notice of appeal to the Clerk of the Appellate Court and to notify appointed counsel of its appointment.

CODES

JUDGE: _____

JUDGE'S NO. 2008

RESPONSIBLE FOR CODING AND COMPLETION BY DEPUTY CLERK:

VERIFIED BY:

Printed: 3/1/2022 9:46 AM

STATE OF ILLINOIS )
                 ) SS
COUNTY OF COOK )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## CRIMINAL DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS,<br>    Plaintiff, Appellee<br><br>-vs-<br><br>Jussie Smollett<br>    Defendant, Appellant | )<br>)<br>)<br>)   20 CR 3050<br>)<br>)<br>)<br>) |

WHEREAS  On March 10, 2022, a notice of appeal having been filed in the above named case from a final judgment order entered against Defendant on, March 10, 2022

**IT IS HEREBY ORDERED:**

**Nnanenyem E. Uche** represents defendant on appeal.The Clerk of the Circuit Court is directed to prepare the record on appeal in conformity with Supreme Court Rule 608 and, pursuant to Supreme Court Rules 329 and 612(g), to accept any file -stamped documents not initially included in the record for preparation as a supplemental record.The Clerk of the Circuit Court is directed to transmit the notice of appeal to the Clerk of the Appellate Court and to notify appointed counsel of its appointment.

Entered

JUDGE ERICA L. REDDICK

Date: March 11, 2022

ENTERED
MAR 1 1 2022
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK