# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

City Of Chicago

                Plaintiff,

v.                                          Case No.: 1:19−cv−04547
                                                  Honorable Virginia M. Kendall

Jussie Smollett

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 2, 2024:

        MINUTE entry before the Honorable Virginia M. Kendall. Parties' Joint Motion to extend stay of case [184] is granted. Case shall remain stayed. Status and Motion hearing set for 5/6/2024 are stricken. Status hearing set for 8/15/2024 at 9:00 AM. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.