IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, a municipal corporation, Plaintiff, v. JUSSIE SMOLLETT, an individual, Defendant. | Case No. 1:19-cv-04547-VMK Honorable Virginia M. Kendall |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendant, Jussie Smollett ("Mr. Smollett"), by and through his attorneys, moves this Honorable Court to grant William J. Quinlan and Lisa H. Quinlan of The Quinlan Law Firm, LLC, leave to withdraw their appearance as the attorneys of record for Mr. Smollett in this matter. In support of this motion, Mr. Smollett states as follows:

1. Plaintiff City of Chicago (the "City") commenced the present action in the Circuit Court of Cook County, Illinois, Law Division, on April 11, 2019, styled *City of Chicago v. Smollett*, No. 2019L003898 (the "State Court Action").

2. On July 3, 2019, Mr. Smollett removed the State Court Action to this Court. (ECF No. 1.)

3. Currently, William J. Quinlan and Lisa H. Quinlan of The Quinlan Law Firm, LLC (together "Counsel"), are the attorneys of record for Mr. Smollett.

4. This case has been stayed since September 23, 2020 (ECF No. 130), due to criminal proceedings relating to certain underlying facts and circumstances in this case. *See People v.*

*Smollett*, Circuit Court of Cook County, Criminal Division, Case. No. CR 03050-01 ("Criminal Proceedings").

5. On November 21, 2024, the Illinois Supreme Court reversed Mr. Smollett's conviction and remanded with directions for the Circuit Court to enter a judgment of dismissal in the Criminal Proceedings. *See People v. Smollett*, 2024 (IL) 130431, ¶ 69.

6. Counsel informed Mr. Smollett that they would seek leave to withdraw before filing this Motion and he consents to this Motion.

7. Mr. Smollett will not be prejudiced as Michael I. Leonard of Leonard Trial Lawyers LLC filed an appearance on Mr. Smollett's behalf on March 4, 2025 (ECF No. 196).

8. This Motion is unopposed.

## CONCLUSION

WHEREFORE, Defendant Jussie Smollett, respectfully requests that the Court grant William J. Quinlan and Lisa H. Quinlan leave to withdraw as the attorneys of record for Defendant Jussie Smollett in this action and enter any other relief that the Court deems fair and just.

Dated: March 5, 2025  Respectfully submitted,

/s/ Lisa H. Quinlan
William J. Quinlan
Lisa H. Quinlan
THE QUINLAN LAW FIRM, LLC
233 South Wacker Drive, Suite 6142
Chicago, Illinois 60606
(312) 883-5500
wjq@quinlanfirm.com
lquinlan@quinlanfirm.com

*Attorneys for Defendant Jussie Smollett*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the foregoing **Unopposed Motion to Withdraw as Counsel** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in this case.

/s/ Rebecca Amen