IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| The CITY OF CHICAGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 19 CV 4547 |
| | ) | |
| JUSSIE SMOLLETT, | ) | Hon. Virginia M. Kendall |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties, by and through their counsel, and pursuant to this Court's March 19, 2025 order (Dkt. No. 202), respectfully submit this Joint Status Report regarding the September 8, 2025 trial date:

1. Following the Court's March 19, 2025 order, the parties met and conferred about trial dates.

2. Both parties confirmed that they are available for a one-week trial starting on September 8, 2025.

Respectfully submitted,

/s Kathleen A. Hennessy

One of Defendant's Attorneys
The HAMILTON LAW OFFICE, LLC
53 West Jackson Boulevard, Suite 620
Chicago, Illinois 60604
312.726.3173

Mary B. Richardson-Lowry
Corporation Counsel for the City of Chicago

/s/ Rebecca A. Hirsch
Stephen J. Kane
(Stephen.kane@cityofchicago.org)
Rebecca A. Hirsch
(Rebecca.hirsch2@cityofchicago.org)
Chelsey B. Metcalf
(Chelsey.metcalf@cityofchicago.org)
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, IL 60602
(312) 744-8143