**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

City of Chicago
                          Plaintiff,

v.                                     Case No.: 1:19–cv–04547
                                                Honorable Virginia M. Kendall

Jussie Smollett
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 28, 2025:

      MINUTE entry before the Honorable Virginia M. Kendall. The Parties contacted the courtroom deputy to advise they have settled, but need more time to finalize documentation. Status hearings set for 4/30/2025 is reset for 5/29/2025 at 9:30 AM. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.