IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| The CITY OF CHICAGO, | ) | |
|     Plaintiff, | ) | |
|     v. | ) | 19CV4547 |
| | ) | |
| JUSSIE SMOLLETT | ) | Judge VIRGINIA KENDALL |
|     Defendant. | ) | |

**STIPULATION TO DISMISS**

1. The City of Chicago filed this action against Jussie Smollett on April 11, 2019.

2. The City of Chicago and Jussie Smollett have reached an agreement to settle the action. For that reason, the City and Jussie Smollett stipulate to the dismissal of this action, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: May 22, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ Torreya Hamilton | CITY OF CHICAGO, |
| Attorney for JUSSIE SMOLLETT | a Municipal Corporation |
| HAMILTON HENNESSY, LLC | Mary B. Richardson-Lowry |
| 53 W. Jackson Blvd, Suite 620 | Corporation Counsel |
| Chicago, IL 60604 | Attorney for Plaintiff City of Chicago |
| (312) 726-3173 | |
| Attorney No. 6229397 | BY: /s/ Rebecca Hirsch |
| | Assistant Corporation Counsel Supervisor |
| | 121 North LaSalle Street, Room 600 |
| | Chicago, Illinois 60602 |
| | 312.744.8143 |
| | Attorney No. 90909 |

**CERTIFICATE OF SERVICE**

I certify that on May 22, 2025, I electronically filed the foregoing stipulation, which will automatically send notifications of this filing to all counsel of record.

/s/ Rebecca Hirsch
Rebecca Hirsch