# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

City of Chicago
                Plaintiff,

v.                                         Case No.: 1:19–cv–04547
                                                  Honorable Virginia M. Kendall

Jussie Smollett
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2025:

      MINUTE entry before the Honorable Virginia M. Kendall. Case is dismissed with prejudice pursuant to Stipulation to Dismiss [206] with each party to bear its own attorneys' fees and costs. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.